

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2015

No. 04-15-00094-CV

**IN THE MATTER OF H.L.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2014-JUV-00757
The Honorable Lisa Jarrett, Judge Presiding

## O R D E R

On May 14, 2015, Appellant filed a motion for suspension and recalculation of deadline for filing Appellant's brief. Appellant requested additional time to file the brief and a recalculation based on the filing of the supplement reporter's record. On May 19, 2015, the supplemental reporter's record was filed. Appellant's motion is GRANTED. Appellant's brief is due to be filed in this court no later than June 18, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court